IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 JUN -6  PM 12: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                  DEPUTY

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and POUYET, S.A., | § § § § § § |
| Plaintiffs, | § § |
| v. | § § CIVIL ACTION NO. A-06-CA-341-SS |
| WESTERN PACIFIC TELECOMMUNICATIONS, and VENTEC ENTERPRISES, INC. | § § § § |

## ORDER

3M's Motion to Exceed Page Limit for 3M IPC's Motion and Brief for Preliminary Injunction and to Show Cause is hereby GRANTED.

SO ORDERED.

Signed this 5th day of June, 2006

_____
The Honorable Sam Sparks
United States District Judge