IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 JUN -8  PM 3: 57
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| 3M Innovative Properties Co., and § | |
| § | |
| Pouyet, S.A. § | Civil Action No. |
| § | |
| Plaintiffs, § | A 06 CA 341 SS |
| § | |
| v. § | |
| § | |
| Western Pacific Telecommunications § | |
| and § | |
| § | JURY TRIAL DEMANDED |
| Ventec Enterprises, Inc. § | |
| § | |
| Defendants. § | |

## UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND

Defendant Western Pacific Telecommunications ("Western Pacific") files this *Unopposed Request for Extension of Time to Respond* to Plaintiffs' *Motion and Brief in Support of 3M IPC's Motion for Preliminary Injunction and Motion to Show Cause*, and would show the Court as follows:

### Background

Plaintiffs filed their *Motion and Brief in Support of 3M IPC's Motion for Preliminary Injunction and Motion to Show Cause* on May 31, 2006. Western Pacific's response to such motion is due on June 12, 2006.

Prior to Plaintiffs filing such motion, Dwayne Goetzel, lead counsel for Western Pacific for this matter, told counsel for Plaintiffs that he would be out of the country on vacation and would require an extension to respond to such motion as a matter of professional courtesy. Mr.

Goetzel has been on a long planned vacation in Europe since May 29, 2006 and is not scheduled to return until June 15, 2006.[1] Plaintiffs' Counsel does not oppose this motion.

### Request for an Extension

Western Pacific requests that the Court grant it an extension of time to respond to Plaintiffs' *Motion and Brief in Support of 3M IPC's Motion for Preliminary Injunction and Motion to Show Cause*, whereby Western Pacific's response will be due on and including June 23, 2006. This request is not made for purposes of delay or harassment, but so that justice may be done.

A proposed order is attached.

Respectfully submitted,

By: _____
Dwayne K. Goetzel
Texas State Bar No. 08059500
Eric B. Meyertons
Texas State Bar No. 14004400
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, Texas 78701
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

---

[1] Eric Meyertons, also counsel for Western Pacific, was on a long-planned vacation from May 26, 2006 to June 5, 2006. Plaintiffs and their counsel were also told of Mr. Meyertons' vacation prior to Plaintiffs filing their motion with the Court.

## Certificate of Conference

Pursuant to Local Rule CV-7(h), I conferred with Plaintiffs' counsel on this extension and he stated that Plaintiffs do not oppose the extension.

_____
Ryan T. Beard

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded via U.S. First Class mail to the following on this 8th day of June 2006:

Alan D. Albright
Fish & Richardson, P.C.
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, Texas 78701

_____
Ryan T. Beard

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 3M Innovative Properties Co., and | § | |
| | § | |
| Pouyet, S.A. | § | Civil Action No. |
| | § | |
|     Plaintiffs, | § | A 06 CA 341 SS |
| | § | |
| v. | § | |
| | § | |
| Western Pacific Telecommunications and | § | |
| | § | JURY TRIAL DEMANDED |
| Ventec Enterprises, Inc. | § | |
| | § | |
|     Defendants. | § | |

## ORDER

On this day, came on to be heard Defendant's *Unopposed Request for Extension of Time to Respond*. The Court, having considered the motion and the argument and authorities presented by the defendants, hereby finds that the motion should be granted.

It is therefore ordered that Defendant's request is GRANTED, and Defendants shall have up to and including June 23, 2006 to respond to Plaintiffs' *Motion and Brief in Support of 3M IPC's Motion for Preliminary Injunction and Motion to Show Cause*.

IT IS SO ORDERED.

SIGNED this _____ day of _____ 2006.

                                                                    _____
                                                                      THE HONORABLE SAM SPARKS
                                                                      UNITED STATES DISTRICT JUDGE