# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

3M INNOVATIVE PROPERTIES          §
COMPANY                           §          CIVIL NO:
                                  §          AU:06-CV-00341-SS
vs.                               §
                                  §
WESTERN PACIFIC
TELECOMMUNICATIONS

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Monday, June 19, 2006 at 11:00 AM**.

IT IS SO ORDERED this 14th day of June, 2006.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE